**Order entered January 10, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00763-CV

**THE FAN EXPO, LLC, Appellant**

**V.**

**NATIONAL FOOTBALL LEAGUE, NFL ENTERPRISES, LLC, NFL NETWORK SERVICES, INC. D/B/A NFL NETWORK, NFL DIGITAL MEDIA, AND NFL.COM, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08119**

## ORDER

The Court has before it appellant's January 9, 2017 third unopposed motion to extend time to file its brief. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     CRAIG STODDART
        JUSTICE